IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



GILBERTO SANTOS PINEDA,
     Petitioner,

v.                                            Civil No. 3:26cv229 (DJN)

WARDEN,
CAROLINE DETENTION FACILITY,
     Respondent.

### ORDER
### (Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

1.     The action is DISMISSED WITHOUT PREJUDICE;
2.     The Clerk is DIRECTED to mail a standardized form for filing a § 2241 petition to Petitioner at the Caroline Detention Center. If Petitioner wishes to file a § 2241 petition, he should complete and return the form to the Court; and,
3.     The Clerk is DIRECTED to enter a final appealable Judgment in a Civil Case in favor of Respondent as a separate entry on the docket.

Should Petitioner desire to appeal, a written notice of appeal must be filed with the Clerk

of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal

within that period may result in the loss of the ability to appeal.

Let the Clerk file a copy of the Order electronically and send a copy to Petitioner.

It is SO ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Date: April 13, 2026